# United States Court of Appeals
## For the First Circuit

---

No. 06-2129

UNITED STATES OF AMERICA,

Appellant,

v.

KENNY BARNES,

Defendant, Appellee.

---

ERRATA SHEET

The opinion of this Court issued on October 29, 2007, is amended as follows:

On page 5, line 20  : "McCann" should be "McMann"

On page 6, line 1   : "McCann's" should be "McMann's"